

## CAUSE NO. 12-22-00112-CR

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **DEATRIC JERMAINE, ALEXANDER APPELLANT** | } | **APPEALED FROM 2ND DISTRICT COURT** |
| **V.** | } | **IN AND FOR** |
| **THE STATE OF TEXAS, APPELLEE** | } | **CHEROKEE COUNTY, TEXAS** |

### ORDER

Deatric Jermaine Alexander filed a notice of appeal from a judgment dated April 21, 2022. One of the court reporters in this case filed a letter advising this Court that her external hard drive crashed and she is unable to recover the files for pretrial hearings that occurred on March 4, 2019 and October 7, 2019.

Regarding the correction of inaccuracies in the reporter's record, the parties may agree to correct an inaccuracy in the record without the reporter's recertification. TEX. R. APP. P. 34.6(e)(1). When, as in this case, the dispute arises after the reporter's record has been filed in the appellate court, that court may submit the dispute to the trial court for resolution. TEX. R. APP. P. 34.6(e)(3). If the parties cannot agree on whether or how to correct the record, the trial court must--after notice and hearing--settle the dispute. TEX. R. APP. P. 34.6(e)(2). If the trial court finds any inaccuracy, it must order the court reporter to conform the record, including text and any exhibits, to what occurred in the trial court, and to file certified corrections in the appellate court. *Id*. "By written stipulation filed with the trial court clerk, the parties may agree

on the contents of the appellate record." TEX. R. APP. P. 34.2. "An agreed record will be presumed to contain all evidence and filings relevant to the appeal." *Id*.

Accordingly,

It is ORDERED that the Honorable Chris R. Day shall, in accordance with Texas Rule of Appellate Procedure 34.6, conduct a hearing, **on or before June 22, 2022**, and make written findings of fact as to whether (1) a portion of the record has been lost or destroyed; and (2) there are any inaccuracies in the record and, if any such inaccuracies exist, the corrections to be made. If the trial court finds the record to be inaccurate, the trial court shall order the court reporter to conform the reporter's record to what occurred in the trial court and file certified corrections with this Court. If the trial court finds the record to be lost or destroyed, the trial court shall determine whether (1) without Appellant's fault, a significant portion of the record has been lost or destroyed and, if so, whether the missing portion of the record is necessary to the appeal's resolution, (2) the missing portion of the record can be replaced by stipulation or agreement of the parties, and (3) Appellant is entitled to a new trial under Rule 34.6(f).

It is FURTHER ORDERED that a supplemental clerk's record including the trial court's written findings, along with any supporting documentation and orders, be certified to this Court **on or before June 29, 2022**.

It is FURTHER ORDERED that the court reporter file a reporter's record of the hearing **on or before June 29, 2022**.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 8th day of June 2022 A.D.

_Katrina McClenny_
KATRINA MCCLENNY, CLERK